**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In The Matter Of:　　　　　　　　　　　　In Bankruptcy:

LARRY F DURST　　　　　　　　　　　　Case No. 09-70252-PJS
CONNIE A DURST　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　Hon. PHILLIP J. SHEFFERLY
　　　　　　　Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

　　　The attached check in the amount of $4.85 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>Dba Discount Tires/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 9 | $4.85 |

　　　　　　　　　　　　　　　　　　　　　　　　**Total: $4.85**

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Gene R. Kohut
　　　　　　　　　　　　　　　　　　　　21 Kercheval Avenue, Suite 285
　　　　　　　　　　　　　　　　　　　　Grosse Pointe Farms, MI 48236
　　　　　　　　　　　　　　　　　　　　Phone: (313) 886-9765
　　　　　　　　　　　　　　　　　　　　E-mail: ecftrustee@gktrustee.com
Dated: 06/22/2010　　　　　　　　　　　　[P47413]